UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24840-LEIBOWITZ/AUGUSTIN-BIRCH

JOSE OSORIO,

    *Plaintiff*,

v.

DM AVO, LLC, *et al.*,

    *Defendants*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [ECF No. 16], in which United States Magistrate Judge Panayotta Augustin-Birch recommends **GRANTING** the parties Joint Motion for Settlement [ECF No. 113] (the "Motion") and APPROVING the parties' settlement agreement. The undersigned previously referred the parties' Motion to Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 13]. No objections were filed during the 14-day objection period.

Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 16]** is **AFFIRMED** and **ADOPTED**.

2. The parties' Joint Motion for Settlement **[ECF No. 12**] is **GRANTED**.

3. The parties' settlement agreement **[ECF No. 12-1]** is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. Any pending motions are **DENIED AS MOOT**.

6. The Court retains jurisdiction for the sole purpose of enforcing the parties' settlement agreement.

7. The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on February 23, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record